## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

---

| | |
|---|---|
| LEAH WALKER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Poseidon Brands, LLC,<br><br>Defendant. | Case no. 1:25-cv-1284<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: June 17, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

Tel: (630)-478-0856

Email: Dreyes@ealg.law